UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR GLOVER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CALIFORNIA STATE UNIVERSITY, FRESNO, a public entity; JANICE A. PARTEN, an individual in her individual capacity; CALIFORNIA STATE UNIVERSITY EMPLOYEES UNION (CSUEU), a California corporation and labor organization; and DOES 1-150,<br><br>Defendants. | Case No.: 1:15-cv-000152---SAB<br><br>**ORDER RE SCHEDULING CONFERENCE** |

TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that the scheduling conference previously set for May 5, 2015 at 9:30 a.m. in Courtroom 9 of the U.S. District Court for the Eastern District of California (Fresno) is continued to August 17, 2015 at 3:30 p.m. in the same courtroom. Plaintiff is to serve a copy of this order with the summons and first amended complaint in this matter.

IT IS SO ORDERED.

Dated:   **April 24, 2015**

UNITED STATES MAGISTRATE JUDGE