# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR GLOVER, | Case No.  1:15-cv-00152---SAB |
| Plaintiff, | ORDER GRANTING STIPULATION TO SET ASIDE CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY |
| v. | |
| CALIFORNIA STATE UNIVERSITY FRESNO, et al., | |
| Defendants. | (ECF Nos. 14, 17) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1.     The Entry of Default on June 15, 2015 as to the Board of Trustees of the California State University is set aside (ECF No. 14);

2.     Plaintiff's unopposed Motion to Amend the Amended Complaint to add the Board of Trustees of the California State University as a named defendant shall be heard as scheduled on July 22, 2015 at 10:00 a.m. in Courtroom 9, and

3.     Defendants shall file a responsive pleading with the court within twenty-one (21) days from the date the Second Amended Complaint is served.

IT IS SO ORDERED.

Dated:   **June 24, 2015**

UNITED STATES MAGISTRATE JUDGE