1 TERRY A. WILLS, ESQ. (SBN 133962)

2 COOK BROWN, LLP

3 555 CAPITOL MALL, SUITE 425

SACRAMENTO, CALIFORNIA 95814

4 T. 916.442.3100 | F. 916.442.4227

5 twills@cookbrown.com

6 Attorneys for Defendants THE BOARD OF TRUSTEES OF THE
CALIFORNIA STATE UNIVERSITY and JANICE A. PARTEN

7

8 UNITED STATES DISTRICT COURT

9 EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| EDGAR GLOVER, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, California public entity JANICE A. PARTEN, an individual in her individual capacity; CALIFORNIA STATE UNIVERSITY EMPLOYEES UNION (CSUEU), a California corporation and labor organization; and DOES 1-150,<br><br>　　　　　Defendants. | Case No. 1:15-CV-000152-SAB<br><br>**STIPULATION AND ORDER CONTINUING SCHEDULING CONFERENCE** |

　　IT IS HEREBY STIPULATED by and between Plaintiff EDGAR GLOVER ("Plaintiff") and Defendants THE BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY ("Defendant California State University") and JANICE A. PARTEN ("Defendant PARTEN"), and CALIFORNIA STATE UNIVERSITY EMPLOYER'S UNION ("Defendant CSUEU") by and through their counsel of record, that the Scheduling Conference set for October 5, 2015 be continued for 30 days or as soon thereafter as the matter may be set.

Good cause exists for the continuance as Plaintiff and Defendants California State University and Parten, by and through their counsel, have agreed to a two week extension of time to respond to the Second Amended Complaint to meet and confer in an effort to potentially avoid a Rule 12(b)(6) motion to dismiss.  In addition, on August 31, 2015, Defendant CSUEU filed a Motion to Dismiss to the Second Amended Complaint for failure to state to a claim upon which relief can be granted.  The motion is set to be heard before this court on September 30, 2015.  The parties agree that the October 5, 2015 Scheduling Conference should be continued to allow for these operative pleading issues to be resolved.  All other deadlines triggered by the Scheduling Conference should also be continued, to include the Rule 26(f) conference and Joint Scheduling Report.

DATED: September 2, 2015    M.K. HAGEMANN, P.C.
                            CLAY R. WILKINSON, ESQ.

                            By:   /s/ Clay Wilkinson

                            Attorneys for Plaintiff EDGAR GLOVER

DATED: September 2, 2015    MESSING ADAM & JASMINE LLP
                            JONATHAN YANK ESQ.

                            By:   /s/ Jonathan Yank

                            Attorneys for Defendant CALIFORNIA
                            STATE UNIVERSITY EMPLOYEES UNION

DATED: September 2, 2015    COOK BROWN, LLP
                            TERRY A. WILLS, ESQ.

                            By:   /s/ Terry A. Wills

                            Attorneys for Defendants THE BOARD OF TRUSTEES OF
                            THE CALIFORNIA STATE UNIVERSITY and JANICE A.
                            PARTEN

**ORDER**

IT IS SO ORDERED, the Scheduling Conference set for October 5, 2015 will be continued for 30 days to November 9, 2015 at 9:00 a.m. before Magistrate Judge Stanley A. Boone.

IT IS SO ORDERED.

Dated:   **September 2, 2015**

UNITED STATES MAGISTRATE JUDGE