MICHAEL K. HAGEMANN, ESQ. (SBN 264570)
CLAY R. WILKINSON, ESQ.
M.K. HAGEMANN, P.C.
1801 CENTURY PARK EAST, SUITE 2400
CENTURY CITY, CA  90067
T. 310.773.4900 | F. 310.773.4901
mhagemann@mkhlaw.com
cwilkinson@mkhlaw.com

Attorneys for Plaintiff EDGAR GLOVER


TERRY A. WILLS, ESQ. (SBN 133962)
STEPHEN R. McCUTCHEON, JR., ESQ. (SBN 191749)
CHRISTOPHER S. ALVAREZ, ESQ. (SBN 294795)
COOK BROWN, LLP
555 CAPITOL MALL, SUITE 425
SACRAMENTO, CALIFORNIA 95814
T. 916.442.3100 | F. 916.442.4227
twills@cookbrown.com
smccutcheon@cookbrown.com

Attorneys for Defendants THE BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY and JANICE A. PARTEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| EDGAR GLOVER, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, California public entity JANICE A. PARTEN, an individual in her individual capacity; CALIFORNIA STATE UNIVERSITY EMPLOYEES UNION (CSUEU), a California corporation and labor organization; and DOES 1-150,<br><br>　　　　　　　Defendants. | Case No.  1:15-CV-000152-SAB<br><br>**STIPULATION AND  ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT** |

　　　　Plaintiff EDGAR GLOVER ("Plaintiff") and Defendants THE BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY ("Defendant California State University") and JANICE A. PARTEN ("Defendant Parten") (collectively "Defendants") by and through their counsel of record, enter into this stipulation with reference to the following facts:

On September 2, 2015, the Court granted Plaintiff's and Defendants' stipulation and request for, among other things, a two-week extension of time to respond to the Second Amended Complaint to meet and confer in an effort to potentially avoid a Rule 12(b) motion to dismiss. No other extension of time has been requested pertaining to Defendants' responsive pleading.

Counsel for Plaintiff and Defendants have continued to meet and confer in good faith regarding whether certain claims are viable under California and federal law.

Based upon the efforts by counsel for Plaintiff and Defendant, Plaintiff intends to file a motion for leave to amend the Second Amended Complaint on or about September 23, 2015, and file his Third Amended Complaint. Counsel for Defendants does not intend to oppose Plaintiff's motion.

BASED UPON THE FOREGOING, IT IS HEREBY STIPULATED that Defendants California State University and Parten shall have fourteen (14) days from either (1) the filing of Plaintiff's Third Amended Complaint upon the Court granting Plaintiff's motion for leave to amend Plaintiff's Second Amended Complaint, or (2) the filing of the Court's order denying Plaintiff's motion for leave to amend Plaintiff's Second Amended Complaint, to answer or otherwise respond to Plaintiff's amended complaint.

DATED: September 23, 2015

M.K. HAGEMANN, P.C.
CLAY R. WILKINSON, ESQ.

By: ___/s/ Clay R. Wilkinson_____
Attorneys for Plaintiff EDGAR GLOVER

DATED: September 23, 2015

COOK BROWN, LLP
TERRY A. WILLS, ESQ.
STEPHEN R. McCUTCHEON, JR., ESQ.
CHRISTOPHER S. ALVAREZ, ESQ.

By: ___/s/ Christopher S. Alvarez_____
Attorneys for Defendants THE BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY and JANICE A. PARTEN

**ORDER**

IT IS SO ORDERED, for good cause having been shown, Defendants California State University and Parten shall have fourteen (14) days, from [*the filing of Plaintiff's Second Amended Complaint* or *the filing of the Court's order denying Plaintiff's motion for leave to amend Plaintiff's Second Amended Complaint*], to answer or otherwise respond to Plaintiff's amended complaint.

IT IS SO ORDERED.

Dated:   **September 23, 2015**

UNITED STATES MAGISTRATE JUDGE