MICHAEL K. HAGEMANN, ESQ. (SBN 264570)
CLAY R. WILKINSON, ESQ. (SBN 269080)
M.K. HAGEMANN, P.C.
1801 CENTURY PARK EAST, SUITE 2400
CENTURY CITY, CA  90067
T. 310.773.4900 | F. 310.773.4901
mhagemann@mkhlaw.com

Attorneys for Plaintiff EDGAR GLOVER

TERRY A. WILLS, ESQ. (SBN 133962)
COOK BROWN, LLP
555 CAPITOL MALL, SUITE 425
SACRAMENTO, CALIFORNIA 95814
T. 916.442.3100 | F. 916.442.4227
twills@cookbrown.com

Attorneys for Defendants THE BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY and JANICE A. PARTEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| EDGAR GLOVER, an individual, | Case No.  1:15-CV-000152-SAB |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER CONTINUING RULE 26(F) SCHEDULING CONFERENCE** |
| CALIFORNIA STATE UNIVERSITY, FRESNO, a public entity; JANICE A. PARTEN, an individual in her individual capacity; CALIFORNIA STATE UNIVERSITY EMPLOYEES UNION (CSUEU), a California corporation and labor organization; and DOES 1-150, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff EDGAR GLOVER ("Plaintiff") Defendants THE BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY and JANICE A. PARTEN ("Defendants") by and through their counsel of record, that the Rule 26(f) Scheduling Conference set for November 9, 2015 be

continued for 60 days or as soon thereafter as the matter can be scheduled.

Good cause exists for the continuance as Plaintiff and Defendants CSUF and Janice Parten, by and through their counsel of record, are continuing to negotiate the content of the pleadings.  On September 28, the court granted Defendant CSUEU's Motion to Dismiss without leave to amend.  On September 30, Plaintiff filed a Motion for Leave to file a Third Amended Complaint.  The motion is scheduled to be heard on November 4, 2015 at 10:00 a.m.

The parties have recently stipulated and the court granted an additional 14 days from either (1) the filing date of Plaintiff's Third Amended Complaint, or (2) the filing of the Court's order denying Plaintiff's Motion for Leave to Amend, for Defendants to file a responsive pleading.

IT IS HEREBY STIPULATED that the November 9, 2015 Scheduling Conference should be continued a minimum of 60 days to allow for these pleading issues to be resolved and responses filed.  All other deadlines triggered by the Scheduling Conference shall also be continued, to include the Rule 26(f) conference and Joint Scheduling Report.

DATED:  October 14, 2015         M.K. HAGEMANN, P.C.
                                 MICHAEL K. HAGEMANN, ESQ.
                                 CLAY R. WILKINSON, ESQ.

                                 By:     /s/ Clay Wilkinson

                                    Attorneys for Plaintiff
                                    EDGAR GLOVER

DATED:  October 14, 2015         COOK BROWN, LLP
                                 TERRY A. WILLS, ESQ.

                                 By:     /s/ Terry A. Wills

                                    Attorneys for Defendants
                                    THE BOARD OF TRUSTEES OF THE CALIFORNIA STATE
                                    UNIVERSITY and JANICE A. PARTEN

**ORDER**

IT IS SO ORDERED, the Rule 26(f) scheduling Conference set for November 9, 2015 be continued to January 26, 2016 at 3:00 p.m. before Magistrate Judge Stanley A. Boone.

IT IS SO ORDERED.

Dated: __October 14, 2015__

UNITED STATES MAGISTRATE JUDGE