MICHAEL K. HAGEMANN, ESQ. (SBN 264570)
CLAY R. WILKINSON, ESQ.
M.K. HAGEMANN, P.C.
1801 CENTURY PARK EAST, SUITE 2400
CENTURY CITY, CA  90067
T. 310.773.4900 | F. 310.773.4901
mhagemann@mkhlaw.com
cwilkinson@mkhlaw.com

Attorneys for Plaintiff EDGAR GLOVER


TERRY A. WILLS, ESQ. (SBN 133962)
CHRISTOPHER S. ALVAREZ, ESQ (SBN 294795)
COOK BROWN, LLP
555 CAPITOL MALL, SUITE 425
SACRAMENTO, CALIFORNIA 95814
T. 916.442.3100 | F. 916.442.4227
twills@cookbrown.com

Attorneys for Defendants THE BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY and JANICE A. PARTEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| EDGAR GLOVER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, California public  entity JANICE A. PARTEN, an individual in her individual capacity; CALIFORNIA STATE UNIVERSITY EMPLOYEES UNION (CSUEU), a California corporation and labor organization; and DOES 1-150,<br><br>Defendants. | Case No.  1:15-CV-000152-SAB<br><br>**STIPULATION AND ORDER CONTINUING SCHEDULING CONFERENCE** |
|---|---|

IT IS HEREBY STIPULATED by and between Plaintiff EDGAR GLOVER ("Plaintiff") and Defendants THE BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY ("Defendant California State University") and JANICE A. PARTEN ("Defendant Parten") by and through their counsel of record, that the Scheduling Conference set for January 26, 2016 be

1  continued for 45 days or as soon thereafter as the matter may be set.

2      Good cause exists for the continuance as Plaintiff and Defendants California State University
3  and Parten, by and through their counsel, have agreed to mediate the above-entitled matter.  The
4  parties agree that the January 26, 2016 Scheduling Conference should be continued in order to allow
5  the parties to mediate this matter and prevent additional costs from incurring as a result of litigation.
6  All other deadlines triggered by the Scheduling Conference should also be continued, to include the
7  Rule 26(f) conference and Joint Scheduling Report.

8  DATED:  December 31, 2015           M.K. HAGEMANN, P.C.
                                        CLAY R. WILKINSON, ESQ.
9

10                                      By:    /s/ Clay R. Wilkinson
                                            Attorneys for Plaintiff EDGAR GLOVER
11

12  DATED:  December 31, 2015           COOK BROWN, LLP
                                        TERRY A. WILLS, ESQ.
13

14                                      By:    /s/ Terry A. Wills
                                            Attorneys for Defendants THE BOARD OF
                                            TRUSTEES OF THE CALIFORNIA STATE
15                                          UNIVERSITY and JANICE A. PARTEN

**ORDER**

IT IS SO ORDERED, the Scheduling Conference set for January 26, 2016 will be continued to April 4, 2016 at 10:30 a.m. before Magistrate Judge Stanley A. Boone.  A joint scheduling report is due one week before the conference date.

IT IS SO ORDERED.

Dated:   **January 5, 2016**

UNITED STATES MAGISTRATE JUDGE