MICHAEL K. HAGEMANN, ESQ. (SBN 264570)
CLAY R. WILKINSON, ESQ.
M.K. HAGEMANN, P.C.
1801 CENTURY PARK EAST, SUITE 2400
CENTURY CITY, CA  90067
T. 310.773.4900 | F. 310.773.4901
mhagemann@mkhlaw.com
cwilkinson@mkhlaw.com

Attorneys for Plaintiff EDGAR GLOVER


TERRY A. WILLS, ESQ. (SBN 133962)
CHRISTOPHER S. ALVAREZ, ESQ (SBN 294795)
COOK BROWN, LLP
555 CAPITOL MALL, SUITE 425
SACRAMENTO, CALIFORNIA 95814
T. 916.442.3100 | F. 916.442.4227
twills@cookbrown.com
calvarez@cookbrown.com

Attorneys for Defendants THE BOARD OF TRUSTEES OF THE
CALIFORNIA STATE UNIVERSITY and JANICE A. PARTEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| EDGAR GLOVER, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY,  California public  entity JANICE A. PARTEN, an individual in her individual capacity; CALIFORNIA STATE UNIVERSITY EMPLOYEES UNION (CSUEU), a California corporation and labor organization; and DOES 1-150,<br><br>　　　　　Defendants. | Case No.  1:15-CV-000152-SAB<br><br>**STIPULATION AND  ORDER CONTINUING SCHEDULING CONFERENCE** |

IT IS HEREBY STIPULATED by and between Plaintiff EDGAR GLOVER ("Plaintiff") and Defendants THE BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY ("Defendant California State University") and JANICE A. PARTEN ("Defendant Parten") by and through their counsel of record, that the Scheduling Conference set for April 4, 2016 be continued for 45 days or as soon thereafter as the matter may be set.

Good cause exists for the continuance as Plaintiff and Defendants California State University and Parten, by and through their counsel, have agreed to mediate the above-entitled matter. After resolving scheduling conflicts between the parties and potential mediators, the mediation date has been set for March 15, 2016. The parties agree that the April 4, 2016 Scheduling Conference should be continued in order to allow the parties to mediate this matter and prevent additional costs from incurring as a result of litigation. All other deadlines triggered by the Scheduling Conference should also be continued, to include the Rule 26(f) conference and Joint Scheduling Report.

DATED:  February 23, 2016			M.K. HAGEMANN, P.C.

						CLAY R. WILKINSON, ESQ.

						By:    /s/ Clay R. Wilkinson

						Attorneys for Plaintiff EDGAR GLOVER

DATED:  February 23, 2016			COOK BROWN, LLP

						TERRY A. WILLS, ESQ.

						By:    /s/ Christopher S. Alvarez

						Attorneys for Defendants THE BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY and JANICE A. PARTEN

**ORDER**

IT IS SO ORDERED, the Scheduling Conference set for April 4, 2016 will be continued to May 24, 2016 at 3:00 p.m. before Magistrate Judge Stanley A. Boone. A joint scheduling report is due one week before the conference date.

IT IS SO ORDERED.

Dated:   **February 23, 2016**

UNITED STATES MAGISTRATE JUDGE