# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC GLOVER,<br><br>            Plaintiff,<br><br>   v.<br><br>CALIFORNIA STATE UNIVERSITY FRESNO, et al.,<br><br>            Defendants. | Case No.  1:15-cv-00152-SAB<br><br>ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2) AND DIRECTING THE CLERK OF THE COURT TO CLOSE THE ACTION<br><br>(ECF No. 52) |

On April 8, 2016, Plaintiff filed a request to dismiss the entire action with prejudice. (ECF No. 52.)  As Defendants have served their answers and the parties did not file a stipulation of dismissal signed by all parties who have appeared, the dismissal is pursuant to Federal Rule of Civil Procedure 41(a)(2).

Accordingly, IT IS HEREBY ORDERED that:

1. This action is DISMISSED WITH PREJUDICE in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(2);

2. All pending matters and dates are VACATED; and

3. The Clerk of the Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated:   **April 13, 2016**

UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2